1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD MIFSUD, et al.

                 Plaintiffs,

     v.

TYCO VALVES AND CONTROLS, LP,
et al.,

               Defendants.

NO.  C06-585JLR

ORDER

     This matter comes before the court on Defendants' motion for a protective order in order to preclude Plaintiffs Edward Mifsud and David Didomizio from attending each other's deposition (Dkt. # 30).  As a general rule, a party to a case is entitled to attend all depositions.  Defendants have not met their burden under Fed. R. Civ. P. 26(c) to overcome this entitlement.  The court therefore DENIES Defendants' motion.

     Dated this 9th day of November, 2006.

                                                     _____

                                           JAMES L. ROBART
                                         United States District Judge

ORDER